**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00934-CR

## CHRISTOPHER JUSTIN SCARBOROUGH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-82799-2019

## ORDER

The record in this appeal was due September 21, 2019. Before the Court is the January 22, 2020 fourth request of court reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed **by 5:00 p.m. on January 28, 2020**.

If the reporter's record is not filed by that date, the Court will order Ms. Young-Martinez not to sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; LaToya Young-Martinez, court reporter; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE